JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

ADRIENNE SIROTT, as Executor of the Estate of Stanley A. Sirott,

Plaintiff,

v.

TIMOTHY GEARY, an individual,

Defendant.

Case No. 5:25-CV-02865-SSS-SPx

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL**

On August 21, 2026, the Parties filed a joint stipulation for dismissal.

The court, having considered the parties' stipulation and finding good cause, hereby GRANTS the stipulation and ORDERS as follows:

1. This action is dismissed in its entirety, with prejudice; and
2. Each party will bear his or her own costs, including attorneys' fees.

IT IS SO ORDERED.

Dated: August 24, 2026

SUNSHINE S. SYKES
United States District Judge